1070

[No. 16526-4-III. Division Three. August 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY LYNN
RALPH, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01422-3, Salvatore F. Cozza, J.,
entered March 20, 1997. *Affirmed* by unpublished opinion
per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 16848-4-III. Division Three. August 12, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. BRYAN E. VANCE,
*Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-1-00057-5, Kenneth L. Jorgensen, J.,
entered September 12, 1997. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis, C.J.,
and Kato, J.

[No. 17276-7-III. Division Three. August 12, 1999.]

JERRY L. KAGELE, *Respondent*, v. EARL LUMPKINS, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-2-03034-4, Greg D. Sypolt, J.,
entered January 30, 1998. *Reversed* by unpublished opinion
per Sweeney, J., concurred in by Schultheis, C.J., and Kato,
J.

[No. 17301-1-III. Division Three. August 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER ALAN
SACHA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-1-00284-5, Marilyn Sellers, J. Pro Tem.,
entered January 26, 1998. *Affirmed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Brown,
JJ.